UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **SEALED** |
| v. | CR NO: 1:20-CR-238 |
| KENNETH BASH, ET AL., | **UNDER SEAL** |
| Defendants. | |

<div style="border:1px solid">
**FILED**

**Sep 29, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
</div>

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum            ☐ Ad Testificandum

Name of Detainee:   Justin Gray

Detained at   North Kern State Prison, located at 2737 W. Cecil Ave.,
Delano, California in Kern County

Detainee is:      a.)   ☒ charged in this district by:   ☒ Indictment   ☐ Information   ☐ Complaint
charging detainee with:   Title 18 U.S.C. § 1959(a)(1)

or       b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or       b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary on September 30, 2022 in the Eastern District of California.*

Signature:

Printed Name & Phone No:   Stephanie M. Stokman 559-286-6109

Attorney of Record for:   United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***on September 30, 2022*** by ***2:00 p.m***  to Federal agents, including agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), pursuant to the arrest warrant signed in this matter, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: _____**Sep 29, 2022**_____          _Erica P. Grosjean_____

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Sidetrack | ☒Male   ☐Female | |
| Booking or CDC #: | BU2603 | DOB: | 12/21/1985 |
| Facility Address: | 2737 W. Cecil, Delano, CA | Race: | W |
| Facility Phone: | | FBI#: | 463775JB6 |
| Currently | | | |

**RETURN OF SERVICE**

Executed on:  _____        _____

(signature)