PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>JUSTIN GRAY,<br><br>         Defendant. | CASE NO. 1:20-CR-00238-JLT SKO<br><br>STIPULATION TO MOTION SCHEDULE; AND ORDER |

**STIPULATION**

1. On February 12, 2024, defendant Gray filed a motion in the above matter. Dkt. 932.

2. The Court had previously set a motion schedule.

3. Based on the government's efforts to provide timely answers to defendant's requests and comply with production of any of the requested items, counsel agree and stipulate that the following revised motions schedule shall apply as to these motions:

  a) Opposition to motions shall be filed no later than April 8, 2024.

  b) Replies shall be filed no later than April 22, 2024.

//

//

//

   c) The Court will hold a hearing on all motions on May 29, 2024, at 1 p.m.

IT IS SO STIPULATED.

Dated: February 29, 2024        PHILLIP A. TALBERT
                  United States Attorney

                  /s/ STEPHANIE M. STOKMAN
                  STEPHANIE M. STOKMAN
                  Assistant United States Attorney

Dated: February 29, 2024        /s/ JAMES S. THOMSON
                  JAMES S. THOMSON
                  Counsel for Defendant
                  JUSTIN GRAY

**ORDER**

IT IS SO ORDERED.

Dated:  **March 1, 2024**        */s/ Sheila K. Oberto*
                  UNITED STATES MAGISTRATE JUDGE