JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 599-3501
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00238-JLT-SKO |
| Plaintiff, | |
| vs. | STIPULATION and ORDER TO CONTINUE MOTION SCHEDULE |
| JUSTIN GRAY, | |
| Defendants. | Date: May 29, 2024<br>Time: 1:00 P.M. |

On February 12, 2024, Justin Gray filed a motion for discovery and disclosure of evidence.  Doc #932.  On April 8, 2024, the government filed a response to the motion.  Doc #1030.  Mr. Gray's reply to the government's response is currently due April 22, 2024.  Doc #962.

Based on the parties' efforts to resolve the matters informally, counsel agree and stipulate to the following revised schedule:

1. Mr. Gray's reply to the government's response shall be filed by June 17, 2024.
2. The hearing on the motion will be held on July 3, 2024, at 1:00 p.m.

IT IS SO STIPULATED.

DATED: April 12, 2024         /s/ James S. Thomson
                              /s/ Timothy J. Foley
                              _____
                              JAMES J. THOMSON
                              TIMOTHY J. FOLEY
                              Attorneys for JUSTIN GRAY


DATED: April 12, 2024         /s/ Stephanie Stokman
                              _____
                              STEPHANIE STOKMAN
                              Assistance United States Attorney

## ORDER

IT IS SO ORDERED.

Dated:   **April 19, 2024**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE