JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 599-3501
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-00238-JLT-SKO |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION REGARDING JUSTIN GRAY'S MOTION FOR DISCOVERY AND DISCLOSURE OF EVIDENCE** |
| vs. | ) ) ) | |
| JUSTIN GRAY, | ) ) | |
| Defendants. | ) ) | |

Justin Gray filed a Motion For Discovery and Disclosure of Evidence. Doc #932. An additional item was added to the motion in a supplement. Doc #963. Several co-defendants joined the motion. Doc #942, #953 and #961. The government filed a responsive pleading. Doc #1030.

In the response, the government set forth its position with regard to the 22 items requested in the motion, stating that some items have been produced, others do not exist, and others will be produced. Doc #1030.

After the response was filed, counsel for Mr. Gray and counsel for the government met and conferred several times in order to clarify the status of the requested items and determine whether the Court's intervention is necessary. As a result of these meetings,

Reply and Stipulation re Gray's Motion for Discovery

the parties set forth their understanding and agreement regarding the items requested in the motion and filed a reply and stipulation accordingly. Doc #1055.

Since that filing, the parties have met and conferred regarding the disclosure of the various items. As a result of those ongoing discussions and due to the fact that Assistant United States Attorney Stephanie Stokman has been involved in a lengthy trial before the Honorable Dale A. Drozd, United States District Judge, the parties hereby agree and stipulate as follows:

1. The government will produce Items 15, 16, 19 and 22 by July 19, 2024.
2. The July 3, 2024 motion hearing be continued to August 21, 2024.

SO STIPULATED.

DATED: June 13, 2024

/s/ James S. Thomson

/s/ Timothy J. Foley

JAMES J. THOMSON
TIMOTHY J. FOLEY
Attorneys for JUSTIN GRAY

SO STIPULATED

DATED: June 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Stephanie M. Stokman

STEPHANIE M. STOKMAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN GRAY,<br><br>    Defendants. | Case No. 1:20-cr-00238-JLT-SKO<br><br>~~[REDACTED]~~ **ORDER REGARDING STIPULATION REGARDING JUSTIN GRAY'S MOTION FOR DISCOVERY AND DISCLOSURE OF EVIDENCE** |

Based on the parties stipulation (Doc #1124), the Court hereby orders that the July 3, 2024 motion hearing is continued to August 21, 2024.

Dated: 6/14/2024

SHEILA K. OBERTO
United States Magistrate Judge

1