PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JUSTIN GRAY, ET AL.,<br><br>         Defendants. | CASE NO.  1:20-CR-00238-JLT<br><br>STIPULATION TO MODIFY MOTION SCHEDULE; ORDER |

**STIPULATION**

1.  On June 13, 2024, defendant Gray filed a motion in the above matter. Dkt. 1122 and 1123.

2.  The Court had previously set a motion schedule.

3.  Based on the schedules of the parties, counsel agree and stipulate that the following revised motions schedule shall apply as to these motions:

    a)  Opposition to motions shall be filed no later than August 1, 2024.

    b)  Replies shall be filed no later than August 7, 2024.

IT IS SO STIPULATED.

Dated: July 2, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: July 2, 2024

/s/ JAMES THOMSON
JAMES THOMSON
Counsel for Defendant
JUSTIN GRAY

**ORDER**

IT IS SO ORDERED.

DATED: 7/3/2024

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE