PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN GRAY, ET AL.,<br><br>Defendants. | CASE NO. 1:20-CR-00238-JLT<br><br>STIPULATION TO MOTION SCHEDULE; FINDINGS AND ORDER |

**STIPULATION**

1. On June 13, 2024, defendant Gray filed a motion in the above matter. Dkt. 1119, 1120, and 1121.

2. The Court had previously set a motion schedule.

3. Based on the schedules of the parties, counsel agree and stipulate that the following revised motions schedule shall apply as to these motions:

   a) Opposition to motions shall be filed no later than August 1, 2024.

   b) Replies shall be filed no later than August 7, 2024.

IT IS SO STIPULATED.

STIPULATION TO MOTION SCHEDULE; [P̶R̶O̶P̶O̶S̶E̶D̶] FINDINGS AND ORDER

1

Dated: July 3, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: July 3, 2024

/s/ JAMES THOMSON
JAMES THOMSON
Counsel for Defendant
JUSTIN GRAY

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **July 8, 2024**

UNITED STATES DISTRICT JUDGE