JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 599-3501
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN GRAY,<br><br>Defendants. | **Case No. 1:20-cr-00238-JLT-SKO**<br><br>**STIPULATION TO CONTINUE MOTION HEARING DATE AND ORDER**<br><br>Date:  August 26, 2024<br>Time: 9:00 A.M.<br>Judge: Honorable Jennifer L. Thurston |
|---|---|

On June 13, 2024, Justin Gray filed a Motion to Suppress Evidence of Firearms and Other Items Seized at the Time of His Arrest (Doc #1119), a Motion for Suppression of Cell Phone Data (Doc #1120), and a Motion for Disclosure of Criminal Record of Confidential Informant (Doc #1121).  The government's responses are due by August 1, 2024.  Mr. Gray's replies are due August 7, 2024.  A hearing on the motions is set for August 26, 2024 at 9:00 a.m.

1

Based on the fact that counsel Timothy Foley has to appear in Santa Clara County Superior Court in a capital case on August 26, 2024, the parties agree and stipulate that the hearing on the motions be continued from August 26, 2024 at 9:00 a.m. to September 9, 2024 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: July 29, 2024         /s/ James S. Thomson

         /s/ Timothy J. Foley
         _____
         JAMES J. THOMSON
         TIMOTHY J. FOLEY
         Attorneys for JUSTIN GRAY

DATED: July 29, 2024         /s/ Stephanie Stokman
         _____
         STEPHANIE STOKMAN
         Assistance United States Attorney

**ORDER**

IT IS SO ORDERED.

   Dated:   **July 30, 2024**                    _____
                                                 UNITED STATES DISTRICT JUDGE

2