JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 599-3501
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:20-cr-00238-JLT-SKO |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO MODIFY** |
|  | ) **MOTION SCHEDULE; ORDER** |
| JUSTIN GRAY, | ) |
| Defendants. | ) |

**STIPULATION**

1.     Defendant Justin Gray has filed a Motion for Release, Inspection, and Copying of Grand Jury Selection Records.  Doc. # 1125.  The government has filed an opposition.  Doc. # 1199.

1

2. A briefing schedule was previously set. Due to the complexity of the issues and counsel's other obligations, additional time is needed to draft the reply.

3. The parties hereby stipulate that the defendant's reply on the motion, currently due August 7, will be filed no later than August 14, 2024.

IT IS SO STIPULATED.

DATED: August 5, 2024          /s/ James S. Thomson

                               /s/ Timothy J. Foley

                               _____
                               JAMES J. THOMSON
                               TIMOTHY J. FOLEY
                               Attorneys for JUSTIN GRAY

Dated: August 5, 2024          PHILLIP A. TALBERT
                               United States Attorney

                               /s/ Stephanie M. Stokman

                               _____
                               STEPHANIE M. STOKMAN
                               Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

DATED: August 5, 2024

_____
JENNIFER L. THURSTON
U.S. District Judge