JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 599-3501
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **Case No. 1:20-cr-00238-JLT-SKO** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO MODIFY MOTION SCHEDULE** |
| JUSTIN GRAY, | ) | |
| Defendants. | ) | |

## STIPULATION

1. Defendant Justin Gray has filed a Motion for Disclosure of Grand Jury Schedule, Instructions, and Materials, Doc. # 1122, and a Motion to Compel the Government to Designate Physical and Documentary Evidence to be Used at Trial, Doc. # 1123.  The government has filed an opposition to each motion.  Doc. ## 1200, 1198. The two motions are

1

set for a hearing on August 21, 2024.

    2.    A briefing schedule was previously set.  Due to the complexity of the issues and counsel's other obligations, additional time is needed to draft the replies.

    3.    The parties hereby stipulate that the defendant's reply on these motions, currently due August 7, will be filed no later than August 14, 2024.

IT IS SO STIPULATED.

DATED: August 5, 2024

*/s/ James S. Thomson*

*/s/ Timothy J. Foley*

_____
JAMES J. THOMSON
TIMOTHY J. FOLEY
Attorneys for JUSTIN GRAY

Dated: August 5, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Stephanie M. Stokman*

_____
STEPHANIE M. STOKMAN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

2