PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JUSTIN GRAY, ET AL.,<br><br>                    Defendants. | CASE NO. 1:20-CR-238-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: August 21, 2024<br>TIME: 1 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

1.  By previous order, this matter was set for a motion hearing on August 21, 2024. The hearing is to cover motions filed by defendant Gray, as referenced in docket filings 932, 1122, and 1123.

2.  By this stipulation, the parties now move to continue the hearing until September 4, 2024.

//

//

//

//

STIPULATION AND ORDER                    1

3. Counsel for the government is unavailable on August 21, 2024, and the parties have been working to resolve as many of the discovery requests as possible before appearing before the Court. The parties request September 4, 2024 in order to accommodate counsel's schedule as well as the resolution of at least one of the three motions before this Court.

IT IS SO STIPULATED.

Dated: August 8, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: August 8, 2024

/s/ JAMES THOMSON
JAMES THOMSON
Counsel for Defendant
JUSTIN GRAY

**ORDER**

IT IS SO ORDERED.

DATED 8/9/2024

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES DISTRICT JUDGE