JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 599-3501
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:20-cr-00238-JLT-SKO |
|---|---|
| Plaintiff, | ) |
| | ) JUSTIN GRAY'S REQUEST AND |
| vs. | ) WAIVER OF PERSONAL APPEARANCE |
| | ) AT DEC. 4 STATUS CONFERENCE |
| JUSTIN GRAY, | ) |
| | ) ORDER |
| Defendants. | ) |

Please take notice that pursuant to Federal Rule of Criminal Procedure 43()(3) Justin Gray hereby waives his appearance in person in open court at the status conference set for December 4, 2024, at 1:00 p.m. in Courtroom 3 of the above-entitled court. Mr. Gray requests that the Court proceed in his absence and agrees that his interests will be deemed represented at the hearing by the presence of his attorneys, James Thomson and Timothy Foley.

1

DATED: November 25, 2024

Respectfully submitted

*/s/ James S. Thomson*

*/s/ Timothy J. Foley*

_____
JAMES J. THOMSON
TIMOTHY J. FOLEY
Attorneys for JUSTIN GRAY

## ORDER

IT IS HEREBY ORDERED that defendant Justin Gray is excused from appearing at the status conference scheduled for December 4, 2024, pursuant to Federal Rule of Criminal Procedure 43(b)(3).

IT IS SO ORDERED.

Dated:   **November 27, 2024**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

2