1   JAMES S. THOMSON
    California SBN 79658
2   Attorney and Counselor at Law
    732 Addison Street, Suite A
3   Berkeley, California 94710
    Telephone: (510) 525-9123
4   Facsimile:  (510) 525-9124
    Email: james@ycbtal.net
5
    TIMOTHY J. FOLEY
6   California SBN 111558
    Attorney at Law
7   1017 L Street, Number 348
    Sacramento, California 95814
8   Telephone: (916) 599-3501
    Email: tfoley9@earthlink.net
9
    Attorneys for Defendant
10  JUSTIN GRAY

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,        )  **Case No. 1:20-cr-00238-JLT-SKO**
                                     )
14          Plaintiff,               )  **STIPULATION AND PROPOSED**
                                     )  **ORDER FOR CONTINUANCE,**
15  vs.                              )  **RESETTING OF TRIAL DATE, AND**
                                     )  **PRETRIAL SCHEDULE FOR JUSTIN**
16                                   )  **GRAY**
    JUSTIN GRAY, et al.              )
17                                   )
            Defendants.              )
18  _____ )

19          Trial for Justin Gray, charged in the Third Superseding Indictment with two counts

20  under 18 U.S.C. 1959(a)(1), is currently set for September 23, 2025.[1]  Due to the

21  circumstances discussed in the Declaration of Counsel in Support of Stipulation and

22  Proposed Order for Continuance, Resetting of Trial Date, and Pretrial Schedule for Justin

23  Gray, filed under seal, counsel for Mr. Gray and the Assistant United States Attorney

24  _____

25          [1] Mr. Gray's trial was previously severed from the other defendants. Doc #1340.
    Of the ten additional defendants named in the Third Superseding Indictment (Doc #1098),
26  three (Stinson, Johnson, and Clement) were convicted after a trial in January and
    February of this year; three (Bash, Smith, and Bannick) have pled guilty.  The trial of the
27  remaining four defendants (Weaver, Pitchford, Collins, and Perkins) is set for April 21,
    2026.  Doc #1857.
28

1  have consulted and propose the following trial date and schedule for pretrial activities.

2  The parties request that the September 23, 2025 trial date, and the previous scheduling

3  order (Doc #1373) be vacated.

4       Proposed schedule:

5  **I.    TRIAL DATE.**

6       Counsel requests the trial be set for January 27, 2026.

7       Counsel stipulate that time is to be excluded under the Speedy Trial Act in that

8  good cause exists and that the ends of justice outweigh the interest of the public and the

9  defendant in a speedy trial.

10 **II.    SCHEDULING ORDER.**

11     A.    Recordings/transcripts to be offered in the government case-in-chief:

12         1.    For recordings/transcripts already produced: 75 days before trial.

13         2.    For recordings/transcripts not yet produced:

14             a.    Under a protective order restricting access only to the

15                attorneys/defense team: 70 days before trial.

16             b.    Access by Mr. Gray: 45 days before trial.

17     B.    Disclosure of government experts:

18         1.    Formal Rule 16 notice: 75 days before trial.

19     C.    Notice of any uncharged misconduct evidence that the government intends

20       to use, as required by Fed. R. Evid. 404(b): 90 days before trial.

21     D.    Statements the government intends to offer under Fed. R. Evid.

22       801(d)(2)(E):

23         1.    Under a protective order restricting access only to the

24            attorneys/defense team:  70 days before trial.

25         2.    Access by Mr. Gray: 45 days before trial.

26     E.    Any Jencks Act/Giglio materials:

27         1.    Under a protective order restricting access only to the

28            attorneys/defense team: 70 days before trial.

Stipulation and Proposed Order re Trial Resetting and Schedule

2.      Access by Mr. Gray: 45 days before trial.

F.    Witnesses to be called by the Government in its case-in-chief:

1.      Informal preliminary witness list: 70 days before trial.

2.      Finalized witness list: 45 days before trial.

3.      Any modifications to the finalized witness list to account for the information contained in the defendant's lists: 15 days before trial.

G.    Exhibits to be introduced by the government in its case-in-chief:

1.      Informal preliminary exhibit list: 60 days before trial.

2.      Finalized exhibit list: 45 days before trial.

H.    Jointly proposed juror questionnaire: 75 days before trial.

I.    Daubert Motions:

1.      Defense: 45 days before trial.

2.      Government: 30 days before trial.

J.    Substantive non-Daubert Motions: 45 days before trial.

K.    Motions in limine:

1.      Filing: 45 days before trial.

2.      Opposition: 30 days before trial.

3.      Hearing: January 12, 2026

L.    Proposed voir dire questions, jury instructions, and verdict forms for both parties: 30 days before trial.

M.    Defense witness and exhibit lists: 30 days before trial.

N.    Defense experts:

1.      Informal notification, along with topics upon which the witness will testify: 60 days before trial.

2.      Formal Rule 16 notice: 45 days before trial.

O.    Government's Proposed Protective order to be produced to the defense: at least 90 days before trial.

Stipulation and Proposed Order re Trial Resetting and Schedule

1   Dated: May 25, 2025                          /s/ James S. Thomson

2                                                /s/ Timothy J. Foley

3                                                _____
                                                 JAMES J. THOMSON
                                                 TIMOTHY J. FOLEY
4                                                Attorneys for JUSTIN GRAY

5   Dated: May 25, 2025                          MICHELE BECKWITH
                                                 Acting United States Attorney
6
                                                 /s/ Stephanie M. Stokman
7
                                                 _____
8                                                STEPHANIE M. STOKMAN
                                                 Assistant United States Attorney
9

10                            [~~PROPOSED~~] ORDER

11          GOOD CAUSE APPEARING, and after consideration of all the circumstances

12   and the Declaration of Counsel in Support of Stipulation and Proposed Order for

13   Continuance, Resetting of Trial Date, and Pretrial Schedule for Justin Gray;

14          (1)    The trial date of September 23, 2025, and previous scheduling order are

15                 vacated.

16          (2)    Trial in this matter will be set for January 27, 2026, and the schedule set

17                 forth in the stipulation is adopted.

18          (3)    Time is to be excluded until January 27, 2026, under the Speedy Trial Act

19                 in that good cause exists and the ends of justice outweigh the interest of the

20                 public and the defendant in a speedy trial.

21   IT IS SO ORDERED.

22

23   Dated:  May 26, 2025

24                                               JENNIFER L. THURSTON
                                                 United States District Judge
25

26

27

28

Stipulation and Proposed Order re Trial Resetting and Schedule