UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:20-CR-00238-JLT-SKO |
| Plaintiff, | ORDER TO MR. GRAY TO SHOW CAUSE WHY HIS TRIAL SHOULD NOT BE COMBINED WITH THE CODEFENDANTS |
| v. | |
| JUSTIN GRAY, et al, | |
| Defendants. | |

The Court previously severed the trial of Justin Gray based upon prejudice that would result because he had not been charged in Count 1, the RICO charge. Mr. Gray has been arraigned on the Fourth Superseding Indictment, which *now* names him in Count 1. Thus, the reasons for the severed trial seem to have been eliminated. Thus, the Court **ORDERS**

1.    **Within 21 days**, Mr. Gray **SHALL** show cause why his trial should not be joined with his codefendants.

2.    W**ithin 21 days**, any other party **may** show cause why Mr. Gray's trial should not be joined with his codefendants.

IT IS SO ORDERED.

   Dated:   **August 22, 2025**

UNITED STATES DISTRICT JUDGE