JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

TIMOTHY J. FOLEY
California SBN 111558
Attorney at Law
1017 L Street, Number 348
Sacramento, California 95814
Telephone: (916) 599-3501
Email: tfoley9@earthlink.net

Attorneys for Defendant
JUSTIN GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:20-cr-00238-JLT-SKO |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND PROPOSED |
| | ) ORDER FOR CONTINUANCE, |
| vs. | ) RESETTING OF TRIAL DATE, AND |
| | ) PRETRIAL SCHEDULE FOR JUSTIN |
| | ) GRAY |
| JUSTIN GRAY, et al. | ) |
| | ) |
| Defendants. | ) |

Trial for Justin Gray, charged in the Fourth Superseding Indictment with two counts under 18 U.S.C. 1959(a)(1), is currently set for January 27, 2026.[1] Due to the circumstances discussed in the Declaration of Counsel in Support of Stipulation and Proposed Order for Continuance, Resetting of Trial Date, and Pretrial Schedule for Justin Gray, counsel for Mr. Gray and the Assistant United States Attorney have consulted and

---

[1] Mr. Gray's trial was previously severed from the other defendants. Doc #1340. Of the ten additional defendants named in the Third Superseding Indictment (Doc #1098), three (Stinson, Johnson, and Clement) were convicted after a trial in January and February of this year; three (Bash, Smith, and Bannick) have pled guilty.  The trial of the remaining four defendants (Weaver, Pitchford, Collins, and Perkins) and newly added Van Beusekom is set for April 21, 2026.  Doc #1857.

Stipulation and Proposed Order re Trial Resetting and Schedule

1

propose the following trial date and schedule for pretrial activities. The parties request that the January 27, 2026 trial date, and the previous scheduling order be vacated.

Proposed schedule:

## I. TRIAL DATE.

Counsel requests the trial be set for August 18, 2026.

Counsel stipulate that time is to be excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

## II. SCHEDULING ORDER.

A. Recordings/transcripts to be offered in the government case-in-chief:
  1. For recordings/transcripts already produced: 75 days before trial.
  2. For recordings/transcripts not yet produced:
     a. Under a protective order restricting access only to the attorneys/defense team: 70 days before trial.
     b. Access by Mr. Gray: 45 days before trial.
B. Disclosure of government experts:
  1. Formal Rule 16 notice: 75 days before trial.
C. Notice of any uncharged misconduct evidence that the government intends to use, as required by Fed. R. Evid. 404(b): 90 days before trial.
D. Statements the government intends to offer under Fed. R. Evid. 801(d)(2)(E):
  1. Under a protective order restricting access only to the attorneys/defense team: 70 days before trial.
  2. Access by Mr. Gray: 45 days before trial.
E. Any Jencks Act/Giglio materials:
  1. Under a protective order restricting access only to the attorneys/defense team: 70 days before trial.
  2. Access by Mr. Gray: 45 days before trial.

  F. Witnesses to be called by the Government in its case-in-chief:

    1. Informal preliminary witness list: 70 days before trial.

    2. Finalized witness list: 45 days before trial.

    3. Any modifications to the finalized witness list to account for the information contained in the defendant's lists: 15 days before trial.

  G. Exhibits to be introduced by the government in its case-in-chief:

    1. Informal preliminary exhibit list: 60 days before trial.

    2. Finalized exhibit list: 45 days before trial.

  H. Jointly proposed juror questionnaire: 75 days before trial.

  I. Daubert Motions:

    1. Defense: 45 days before trial.

    2. Government: 30 days before trial.

  J. Substantive non-Daubert Motions: 45 days before trial.

  K. Motions in limine:

    1. Filing: 45 days before trial.

    2. Opposition: 30 days before trial.

    3. Hearing: July 27, 2026

  L. Proposed voir dire questions, jury instructions, and verdict forms for both parties: 30 days before trial.

  M. Defense witness and exhibit lists: 30 days before trial.

  N. Defense experts:

    1. Informal notification, along with topics upon which the witness will testify: 60 days before trial.

    2. Formal Rule 16 notice: 45 days before trial.

  O. Government's Proposed Protective order to be produced to the defense: at least 90 days before trial.

| | | |
|---|---|---|
| Dated: October 31, 2025 | | /s/ James S. Thomson |
| | | /s/ Timothy J. Foley |
| | | JAMES J. THOMSON<br>TIMOTHY J. FOLEY<br>Attorneys for JUSTIN GRAY |
| Dated: October 31, 2025 | | ERIC GRANT<br>United States Attorney |
| | | /s/ Stephanie M. Stokman |
| | | STEPHANIE M. STOKMAN<br>Assistant United States Attorney |

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and after consideration of all the circumstances and the Declaration of Counsel in Support of Stipulation and Proposed Order for Continuance, Resetting of Trial Date, and Pretrial Schedule for Justin Gray;

(1) The trial date of January 27, 2026, and previous scheduling order are vacated.

(2) Trial in this matter will be set for August 18, 2026, and the schedule set forth in the stipulation is adopted.

(3) Time is to be excluded until August 18, 2026, under the Speedy Trial Act in that good cause exists and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 31, 2025

JENNIFER L. THURSTON
United States District Judge