OLIVER W. LOEWY, ESQ.
Admitted *Pro Hac Vice*
Oliver W. Loewy
P.O. Box 14935
Portland, Oregon 97293
(208) 283-5381
oliverwloewy@protonmail.com

MIELE AND RYMSZA, P.C.
Edward J. Rymsza
Admitted *Pro Hac Vice*
125 East Third Street
Williamsport, Pennsylvania 17701
(570) 322-2113
rymsza@comcast.net

*Counsel for Defendant Waylon D. Pitchford*


LAW OFFICE OF RANDY SUE POLLOCK
Randy Sue Pollock
286 Santa Clara Avenue
Oakland, California 94610
(510) 763-9967
rsp@rspollocklaw.com

TAMARA CREPET LAW
Tamara Crepet
Pier 9, Suite 100
San Francisco, California 94111
(415) 517-3496
tarama@taclaw.org

*Counsel for Defendant Jayson Weaver*

THERESA M. DUNCAN
Admitted *Pro Hac Vice*
Law Office of Theresa M. Duncan LLC
P.O. Box 2769
Santa Fe, New Mexico
(505) 710-6586
teri@duncanearnest.com

CRISTINA BORDÉ
Admitted *Pro Hac Vice*
33 E. Main Street, Suite 400
Madison, Wisconsin 53703
(608) 620-3307
cristinaborde@gmail.com

*Counsel for Evan Perkins*


IREDALE AND ROTH APC
Owen Roth
185 West F Street, Suite 100
San Diego, California 92101
(619) 230-5204
owen@iredaleroth.com

*Counsel for Defendant Alexander Van Beusekom*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **No. 1:20-cr-00238-JLT-SKO** |
| **Plaintiff,** | ) | |
| | ) | **AMENDED** |
| | ) | **UNOPPOSED MOTION TO** |
| **v.** | ) | **MOVE TRIAL START DATE** |
| | ) | **FROM JANUARY 5 TO** |
| | ) | **JANUARY 26, ALLOWING** |
| **KENNETH BASH, *et al.*,** | ) | **ALL CONCERNED TO** |
| **Defendants.** | ) | **CELEBRATE THE HOLIDAYS** |
| | ) | |

Messrs. Pitchford, Weaver, Perkins, and Van Beusekom respectfully request that the Court reschedule the trial start date from January 5 to January 26, 2027. While none of the parties made this request at the December 1, 2025, hearing when the Court continued the trial to commence on January 5, the principal issue at the hearing was whether Mr. Van Beusekom's recent entry into the case, the even more recent appointment of substitute counsel for Mr. Collins, and the scheduling conflict for Mr. Perkins' counsel warranted a continuance. However, as undersigned counsel sketch out their personal and professional plans for the end of 2026, it has become apparent that the January 5 start date will preclude several from traveling out of state to spend at least some time with their families and loved ones in late December. Undersigned counsel apologize for not raising this issue when the Court was resetting the start date, though at that time they were focused on their professional commitments rather than their personal preferences.

Mr. Collins' counsel, Robert Rexrode, has indicated to undersigned counsel Loewy that he has no objection to this motion.

AUSA Conolly has indicated to undersigned counsel Pollock that the Government has no objection to this motion.

Messrs. Pitchford, Weaver, Perkins, and Van Beusekom waive for speedy trial purposes the time from January 5 to January 26, 2027. Mr. Rexrode has indicated to undersigned counsel Loewy that he is unable to waive the time because his client, Mr. Collins, desires new counsel.

For all these reasons, Messrs. Pitchford, Weaver, Perkins, and Van Beusekom move that the trial in this case be rescheduled to start on January 26, 2027.

Dated: March 4, 2026

Respectfully submitted,

/s/ *Oliver W. Loewy*
/s/ *Edward J. Rymsza*

_____

Oliver W. Loewy
Edward J. Rymsza
Attorneys for Waylon Pitchford


/s/ *Randy Sue Pollock*
/s/ *Tamara Crepet*

_____

Randy Sue Pollock
Tamara Crepet
Attorneys for Jayson Weaver


/s/ *Theresa M. Duncan*
/s/ *Cristina Bordé*

_____

Theresa M. Duncan
Cristina Bordé
Attorneys for Evan Perkins


/s/ *Owen Roth*

_____

Owen Roth
Attorney for Alexander Van Beusekom


3-  Amended Unopposed Motion To Move Trial Start Date From January 5 to January 26,
    Allowing All Concerned To Celebrate The Holidays