ERIC GRANT
United States Attorney
JAMES CONOLLY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

AMANDA J. KOTULA
Trial Attorney, U.S. Department of Justice
Violent Crime & Racketeering Section
1301 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 716-1129

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>JUSTIN GRAY,<br><br>                        Defendant. | CASE NO.  1:20-CR-00238 JLT-SAB<br><br>UNOPPOSED REQUEST TO EXTEND PRETRIAL DEADLINE; ORDER |

**UNOPPOSED REQUEST**

1.      The United States, by and through its undersigned attorneys of record, hereby requests that the Court extend the deadline for the government to disclose to the defense certain pretrial material, as described herein. Counsel for Justin Gray ("Defense Counsel") have indicated that they do not oppose this request.

2.      On October 31, 2025, the Court issued a scheduling order of pretrial deadlines for which the parties had submitted a stipulation with a recommended schedule.  ECF No. 2035.

3.      The first of these deadlines, 90 days before trial, includes the government's notice of any uncharged misconduct evidence the government intends to use at trial, under Fed. R. Crim. P. 404(b),

and the government's proposed protective order for upcoming discovery productions.  The parties have calculated this date to be May 20, 2026.

4.    The government has indicated to Defense Counsel that these disclosures are forthcoming, but believes it would be helpful to have a brief extension to the deadlines, given delays created by trial preparation and the government attorneys' elevated caseload, including preparation for argument before the Ninth Circuit on May 21, 2026.

5.    The government has requested from Defense Counsel an extension, to May 26, 2026, and Defense Counsel has indicated that they do not object.

6.    For the foregoing reasons, the government requests to extend the first of the pretrial deadlines to May 26, 2026.  The parties do not request an extension for any other deadline in the Court's October 31, 2025 scheduling order at this time.

Respectfully submitted,

ERIC GRANT
United States Attorney

Dated:  May 20, 2026

By:  /s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney
AMANDA J. KOTULA
Trial Attorney, U.S. Department of Justice

## ORDER

The Court having read and considered the Unopposed Request to Extend To Pretrial Deadline, which this Court incorporates by reference into this Order in full, finds that good cause exists to extend the deadline previously set at 90 days before trial (May 20, 2026), to May 26, 2026.

IT IS SO ORDERED.

Dated:   **May 21, 2026**

UNITED STATES DISTRICT JUDGE

UNOPPOSED REQUEST TO EXTEND PRETRIAL
DEADLINE; [PROPOSED] PROTECTIVE ORDER